IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

KENNETH W. JORDAN,            }
                              }
     Plaintiff,               }
                              }
vs.                           }   CIVIL ACTION NO.
                              }
                              }   CV 95-AR-3293-M
STRONGBUILT, INC., a          }
corporation,                  }
                              }
     Defendant.               }

## MEMORANDUM OPINION

Not because this court is sure who has the burden of proof, or even if there is a burden of proof, with respect to motions in limine to preclude the proffered testimony of an alleged expert witness; and not because this court necessarily agrees with the argument contained in the brief of plaintiff, Kenneth W. Jordan, in opposition to the Daubert motion filed by defendant Strongbuilt, Inc.; and not because this court necessarily wants to discourage the precipitation of a separate Daubert hearing in almost every case; and not because this court agrees with everything it said during the Daubert hearing conducted on December 19, 1997; and not because this court is sure of as to what Daubert requires of it in this or any other case; but rather, because this court has concluded that in this case opening the "gate" for the testimony of Joseph Appleton may provide assistance to the jury; and because the credibility and reliability of Mr. Appleton's



testimony will be tested not only by cross-examination, but by the expected contrary testimony to be offered by Strongbuilt's expert witness that will not be subjected to a <u>Daubert</u> challenge, Strongbuilt's motion will be denied by separate order.

DONE this _22nd_ day of December 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE